IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LSSI DATA CORP., <br><br> Plaintiff, <br><br> v. <br><br> COMCAST PHONE, LLC, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 1:11-CV-1246-CAP |

## NOTICE OF PROCEEDING AT THE FEDERAL COMMUNICATION COMMISSION

Please take notice that on March 4, 2013, counsel for Comcast submitted this Court's Order dated March 4, 2013 to the Federal Communication Commission ("FCC"). The FCC by email dated March 7, 2013 confirmed that the "parties have initiated the Commission's primary jurisdiction intake process to address the issues referred by the court." A copy of the FCC's March 7, 2013 email is attached as Exhibit "A."

Respectfully submitted this 2nd day of April, 2013.

TROUTMAN SANDERS LLP

/s/ Robert P. Williams
Robert P. Williams II
Georgia Bar No. 765413
Bradley M. Davis
Georgia Bar No. 141505
Claiborne B. Smith
Georgia Bar No. 463202

5200 Bank of America Plaza
600 Peachtree Street NE
Atlanta, GA  30308-2216
Telephone:    404.885.3000
Facsimile:     404.885.3900

*Attorneys for Plaintiff LSSi Data Corp.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, the foregoing pleading has been prepared in 14-point Times New Roman font as permitted by Local Rule 5.1.

/s/ Robert P. Williams
Robert P. Williams II

## CERTIFICATE OF SERVICE

I certify that on April 2, 2013, a copy of the foregoing *Notice of Proceeding at the Federal Communication Commission* was filed with the Court's CM/ECF system, and said system will automatically send email notification of such filing to all counsel of record as follows.

| | |
|---|---|
| Jaime A. Bianchi<br>David P. Draigh<br>Sheldon A. Philp<br>White & Case, LLP<br>Wachovia Financial Center<br>Suite 4900<br>200 South Biscayne Blvd.<br>Miami, FL 33131-2352<br>jbianchi@whitecase.com<br>ddraigh@whitecase.com<br>sphilp@whitecase.com | William Bradley Hill, Jr.<br>Ellenor Stone<br>Ashe Rafuse & Hill, LLP<br>1355 Peachtree St. NE<br>Suite 500, South Tower<br>Atlanta, GA 30309-3232<br>williamhill@asherafuse.com<br>ellenorstone@asherafuse.com |
| Robert G. Scott, Jr.<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Avenue NW,<br>Suite 800<br>Washington, D.C. 20006-3401<br>bobscott@dwt.com | Samuel S. Woodhouse<br>The Woodhouse Law Firm<br>260 Peachtree Street, NW<br>Suite 1402<br>Atlanta, GA 30303-1237<br>swoodhouse@woodhouselawfirm.com |

/s/ *Robert P. Williams*
Robert P. Williams II

20383564v1