# EXHIBIT A

## To LSSi's Notice of Proceeding at the Federal Communication Commission

**From:** Lisa Boehley [mailto:Lisa.Boehley@fcc.gov]
**Sent:** Thursday, March 07, 2013 2:12 PM
**To:** 'Matthew.Brill@lw.com'; Matthew.Murchison@lw.com; Davis, Brad M.; Williams II, Robert P.
**Cc:** Rosemary McEnery; Lisa Saks; Anthony DeLaurentis
**Subject:** RE: LSSi Data Corp. v. Comcast Phone, LLC

Counsel:

Pursuant to the court's primary jurisdiction referral order in *LSSi Data Corp. v. Comcast Phone, LLC*, counsel for Comcast has submitted the Court order from that proceeding. By doing so, the parties have initiated the Commission's primary jurisdiction intake process to address the issues referred by the court in accordance with *Primary Jurisdiction Referrals Involving Common Carriers*, Public Notice, 15 FCC Rcd 22449 (Com. Car. Bur., Enf. Bur., Int'l Bur., Wireless Telecom. Bur. Nov. 16, 2000). Accordingly, the parties may report back to the Court that they have complied with its order to present the matter to the Commission within 30 days of the Court order.

We ask that the parties confer and jointly provide us with several days and times over the next two weeks to convene a conference call to discuss the effectuation of this referral. In addition, we would appreciate if you would provide us with any additional pleadings that you have not provided us to date that you think may be helpful for us to review prior to that conference call, e.g., the TRO-related pleadings.

Thank you,

Lisa Boehley
Market Disputes Resolution Division
Enforcement Bureau
Federal Communications Commission
202-418-7395