**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| LSSi DATA CORP., | ) | |
| Plaintiff, | ) | Case No.: 1:11-cv-1246-CAP |
| vs. | ) | |
| COMCAST PHONE, LLC, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff LSSi Data Corp. and Defendant Comcast Phone, LLC, by and through their respective counsel, that the above-captioned case be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own costs and attorneys' fees.

DATED: October 15, 2015

Respectfully submitted,

WHITE & CASE LLP

/s/ *Jaime A. Bianchi*
Jaime A. Bianchi
jbianchi@whitecase.com
(admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131
Tel: (305) 371-2700
Fax: (305) 358-5744

*Attorney for Defendant*
*Comcast Phone, LLC*

TROUTMAN SANDERS LLP

/s/ *Robert P. Williams II*
Robert P. Williams II
robert.williams@troutmansanders.com
Bank of America Plaza
600 Peachtree Street NE
Suite 5200
Atlanta, GA 30308
Tel: (404) 885-3000
Fax: (404) 885-3900

*Attorney for Plaintiff*
*LSSi Data Corp.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that, pursuant to Local Rule 7.1D, the foregoing has been prepared in 14-point Times New Roman font, in conformance with Local Rule 5.1.

*/s/ Jaime A. Bianchi*
Jaime A. Bianchi
(admitted *pro hac vice*)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2015, a copy of the foregoing ***Stipulation of Dismissal With Prejudice*** was filed electronically using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Jaime A. Bianchi*
Jaime A. Bianchi
(admitted *pro hac vice*)